IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3012 |
| vs. | |
| DARIO CABALLERO-ARREDONDO, | ORDER |
| Defendant. | |

This matter is before the Court on the United States' motion to dismiss the indictment without prejudice. Filing 16. Pursuant to Fed. R. Crim. P. 48(a), the United States' motion to dismiss is granted.

Dated this 19th day of May, 2014.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge